FORM CACB (od13vdr VAN–155)
Rev.(03/09)

# United States Bankruptcy Court
# Central District Of California

### 255 East Temple Street, Los Angeles, CA 90012

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL
## OF CHAPTER 13 WITH RESTRICTIONS [11 U.S.C. §§ 109(g)(1) and 1307(b)]

**DEBTOR INFORMATION:**
Daniel Ortega

**BANKRUPTCY NO.**  2:13–bk–32221–NB

**CHAPTER**  13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):  xxx–xx–8030
Employer Tax–Identification (EIN) No(s).(if any):  N/A
**Debtor Dismissal Date:** 9/16/14

**Address:**
3202 W 153rd St
Gardena, CA 90249–4012

Based on debtor's request and because debtor has willfully failed to abide by orders of the court or has willfully failed to appear before the court in proper prosecution of the case, IT IS ORDERED THAT:

(1)    debtor's bankruptcy case is dismissed;

(2)    the court retains jurisdiction on all issues arising under 11 U.S.C. §§ 110, 329 and 362; and

(3)    debtor is prohibited from filing any new bankruptcy petition within 180 days from the entry of this order.

Dated: September 16, 2014

BY THE COURT,
**Neil W. Bason**
United States Bankruptcy Judge

(Form od13vdr VAN–155) Rev. 03/09

**36 – 35 / GDL**